

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Innovative Real Estate Planning Group,
Inc. a California corporation

                                **Plaintiff,**

         **V.**

Ngon T. Le, an Individual; et al.

[See attachment for complete list of parties]

                              **Defendant.**

Civil Action No.   18cv838-MMA(NLS)

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants the United States of America's motion for summary judgment (Doc. No. 25) and denies Le's cross motion for summary judgment (Doc. No. 31). Judgment is entered in favor of the United States of America on Cross Claimant Ngon T. Le's first cause of action for quiet title. Additionally, the Court remands the parties' remaining state law claims to San Diego Superior Court.

Date:         7/22/19

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  R. Chapman

                                      R. Chapman, Deputy

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

## (ATTACHMENT)

Civil Action No. 18cv838-MMA(NLS)

Plaintiff
Innovative Real Estate Planning Group, Inc., a California corporation
v.
Defendants
Ngon T. Le, an Individual

All Other Persons Unkown Claiming Any Right, Title, Estate, Lien or Interest in the Real Property Described in the Complaint, Adverse To Plaintiffs Ownership or any Cloud on Plaintiffs Title Thereto

Does One (1) Through Fifty (50), Inclusive

Cross Claimant
Ngon T. Le, an individual
v.
Cross Defendants
Innovative Real Estate Planning Group, Inc., a California Corporation

Vladymir Frazilus, an individual

Chien Thi Nguyen, an individual

Dung A. Nguyen, an individual

Canh M. Phan, an individual

Canh Tran, Trustee of the Truong Family Trust

Thi Truong Nguyen, Trustee of the Truong Family Trust

Elizabeth Persons, an individual

United States of America

State of California

All Persons Unknown, Claiming Any Right, Title, Estate, Lien or Interest in the Real Property Described in the Complaint, Adverse to Plaintiff's Ownership or Any Cloud on Plaintiff's Title Thereto

Roes 51 Through 100, Inclusive